**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

PATRICIA BEY,                                    : No. 89 EM 2014
                                                 :
                      Petitioner                 :
                                                 :
                                                 :
                                                 :
              v.                                 :
                                                 :
                                                 :
MICHAEL CONSEDINE, GARY WINKER,                  :
FRANK DOCHNAL, ED B. RUST,                       :
PAMELARN AUSTIN, CAROYLN                         :
MORRIS, JAMES JOHN, YEN T. LUCAS,                :
MAUREEN STASRA, VIVISHA L.                       :
BARNES, JODI VERDI, MICHELLE                     :
DECRISTO & SUE MURRAY,                           :
                                                 :
                      Respondents                :


PATRICIA BEY,                                    : No. 90 EM 2014
                                                 :
                      Petitioner                 :
                                                 :
                                                 :
                                                 :
              v.                                 :
                                                 :
                                                 :
MICHAEL CONSEDINE, GARY WINKER,                  :
FRANK DOCHNAL, ED B. RUST,                       :
PAMELARN AUSTIN, CAROYLN                         :
MORRIS, JAMES JOHN, YEN T. LUCAS,                :
MAUREEN STASRA, VIVISHA L.                       :
BARNES, JODI VERDI, MICHELLE                     :
DECRISTO & SUE MURRAY,                           :
                                                 :
                      Respondents                :


PATRICIA BEY,                                    : No. 91 EM 2014
                                                 :
                      Petitioner                 :
                                                 :

                                          :
          v.                              :
                                          :
                                          :
MICHAEL CONSEDINE, GARY WINKER,           :
FRANK DOCHNAL, ED B. RUST,                :
PAMELARN AUSTIN, CAROYLN                  :
MORRIS, JAMES JOHN, YEN T. LUCAS,         :
MAUREEN STASRA, VIVISHA L.                :
BARNES, JODI VERDI, MICHELLE              :
DECRISTO & SUE MURRAY,                    :
                                          :
          Respondents                     :


PATRICIA BEY,                             : No. 92 EM 2014
                                          :
          Petitioner                      :
                                          :
                                          :
                                          :
          v.                              :
                                          :
                                          :
MICHAEL CONSEDINE, GARY WINKER,           :
FRANK DOCHNAL, ED B. RUST,                :
PAMELARN AUSTIN, CAROYLN                  :
MORRIS, JAMES JOHN, YEN T. LUCAS,         :
MAUREEN STASRA, VIVISHA L.                :
BARNES, JODI VERDI, MICHELLE              :
DECRISTO & SUE MURRAY,                    :
                                          :
          Respondent                      :


## ORDER


**PER CURIAM**

**AND NOW**, this 16th day of September, 2014, the Petition for Leave to File Petition for Allowance of Appeal Nunc Pro Tunc is **DENIED**.